CHARLES LOKTICH, Respondent, v. BETHLEHEM ENGINEERING CORPORATION and Others, Defendants, Impleaded with THE NEW YORK EDISON COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., dissents.

OLAF OLAUSEN, Respondent, v. MATSON & MORGENSEN, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

HENRY PISTCHAL, Respondent, v. SIMON HELLER and Another, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JOSEPH P. POWERS and Another, Appellants, v. JOSEPH EPSTEIN, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARQUIS CURTIS, Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of WILLIAM SULLIVAN, Respondent, v. ROBERT EFFROS, Appellant.— Order of the Court of Special Sessions affirming judgment of conviction of the Brooklyn Traffic Court reversed on the law and facts, on the ground that it is contrary to the evidence, and defendant discharged. We think the unfortunate accident in this case was not caused by any crime on the part of the defendant. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

MARY P. SCULLY, Respondent, v. KRIM REALTY CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ABRAHAM J. STAUB, Appellant, v. BLANK FEUER CO., INC., a Domestic Corporation, Respondent.— Order denying plaintiff's motion to strike out affirmative defense affirmed, with ten dollars costs and disbursements. We do not determine as to the validity of the clause in the second mortgage. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.